```
1  JEREMY M. DELICINO
   Nevada Bar No. 9331
2  10 West Broadway, Suite 650
   Salt Lake City, Utah 84101
3  (801) 364-6474 (Voice)
   (801) 364-5014 (Fax)
4  Attorney for Defendant
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICKY RICHARDSON,<br><br>　　　　　Defendant. | CASE NO: 2:12-CR-00381-PMP-CWH-1<br><br>UNOPPOSED MOTION TO PREPARE PRE-PLEA PRESENTENCE REPORT AND PROPOSED ORDER |

　　　The defendant moves this court for an order directing the United States Probation Office to prepare a pre-plea presentence report in this case. Based on discussions with the United States, counsel believe that preparation of such a report pre-plea may foster a resolution of the case. As such, a pre-plea report will promote judicial economy and is warranted in this case.

　　　Assistant United States Attorney Phillip Smith stipulates to the above request.

　　　DATED this 9th day of January, 2013.

　　　　　　　　　　　　　　　　　　　　　　　DANIEL G. BOGDEN
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　/s/ Jeremy M. Delicino　　　　　　　　　　　　/s/ Phillip N. Smith, Jr.
By: ─────────────────　　　　　By: ─────────────────
　JEREMY M. DELICINO,　　　　　　　　　　PHILLIP N. SMITH, JR.,
　Nevada Bar No. 9331　　　　　　　　　　　 Assistant United States Attorney
　10 West Broadway, Suite 650　　　　　　　 333 Las Vegas Blvd. So., #5000
　Salt Lake City, Utah 84101　　　　　　　　 Las Vegas, Nevada 89101
　Attorney for Defendant　　　　　　　　　　Attorney for Plaintiff

## ORDER

Based on the motion of the defendant, the stipulation of the United States, and for good cause, the Court hereby ORDERS that the United States Probation Department prepare a pre-plea presentence report in this case.

DATED AND DONE this 9th day of January, 2013.

_____
PHILIP M. PRO
United State District Judge